UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20259-CR-SCOLA(s)

**UNITED STATES OF AMERICA**

vs.

**RENE PEDROSA,**

      **Defendant.**

_____ /

**NOTICE OF SUBSTITUTION**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Substitution as counsel of record in this case. The prior counsel for the United States, Dayron Silverio, is no longer employed at the United States Attorney's Office.  The undersigned is the only remaining counsel of record for the United States in this matter.  The undersigned requests to have Dayron Silverio terminated off all future filings in the above captioned case.

                                                    Respectfully submitted,

                                                    MARKENZY LAPOINTE
                                                    UNITED STATES ATTORNEY

                                   By:    */s/ Jessica Kahn Obenauf*
                                                    JESSICA KAHN OBENAUF
                                                    Assistant United States Attorney
                                                    Florida Bar No. 0052716
                                                    U.S. Attorney's Office
                                                    99 NE 4th Street, Suite 500
                                                    Miami, Florida 33132
                                                    Telephone: (305) 961-9317
                                                    Email: Jessica.Obenauf@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on June 7, 2023.

*/s/ Jessica Kahn Obenauf*
JESSICA KAHN OBENAUF
Assistant United States Attorney